The People of the State of New York, Respondent, v. James Butler, Incorporated, Appellant.— Judgment of the Municipal Court affirmed, with costs, on the authority of *People* v. *Butler, Inc.* (134 App. Div. 151). Jenks, P. J., Thomas and Rich, JJ., concurred; Hirschberg and Woodward, JJ., dissented.

The People of the State of New York, Respondent, v. Antonio Montelione, Appellant, Impleaded with Others.— Judgment of conviction of the County Court of Kings county and order denying motion for a new trial affirmed. No opinion. Hirschberg, Thomas, Carr, Woodward and Rich, JJ., concurred.

The People of the State of New York ex rel. Lillian Ryan, Appellant, v. The Superintendant of the State Reformatory for Women at Bedford, N. Y., Respondent.— Reargument ordered on the validity of the proceedings held on Sunday, and case set down for Wednesday, January 24, 1912. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Daniel P. Ritchey, Appellant, v. Solomon L. Pakas, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present— Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Tillie Simon, Respondent, v. Louis L. Richman, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present— Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Robert H. Thompson, Appellant, v. Marion Thompson Funk and Others, Respondents.— Order affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

Francesco Trouzzo, Respondent, v. Leslie Sutherland, as Receiver of the Yonkers Railroad Company, Appellant.—Judgment and order affirmed by default, with costs. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

Adolf Wexler, Respondent, v. Angelo Braile, Appellant, and Another, Defendants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Thomas, Woodward and Rich, JJ., concurred; Carr, J., not voting.

Edwin E. Carpenter, Appellant, v. E. Henry Eckardt, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Giovanni Elia, Appellant, v. The Brooklyn Heights Railroad Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present— Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

The Equitable Trust Company of New York, Respondent, v. James Garfield Purdy, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.